UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>    University of Alaska                          </u>

                                                    BANKRUPTCY APPEAL
                                                    CIVIL ACTION NO. <u>05-40130 JLT  </u>

      v.

<u>   Stephen S. Gray, Plan Administrator      </u>

**O R D E R**

<u>    Tauro,  D. J.                </u>

     A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on  <u>August 8, 2005,</u>

     IT IS HEREBY ORDERED that the Appellant file and serve his brief by <u>September 30, 2005.</u>  The Appellee may file and serve his reply brief by <u>October 31, 2005 </u>.  The Appellant may file and serve the reply brief by  <u>November 16, 2005</u>.

     Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

                                                  By the Court,

<u> August 15, 2005   </u>                         <u>/s/ Kimberly M. Abaid</u>
     Date                                                 **Deputy Clerk**