IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITY OF ALASKA | BANKRUPTCY APPEAL |
| Appellant | CIVIL ACTION NO. 05-40130 JLT |
| vs. | |
| STEPHEN S. GRAY, Plan Administrator of Dehon, Inc. | |
| Appellee | |

## STIPULATION FOR DISMISSAL OF APPEAL

The University of Alaska Fairbanks, appellant, and Stephen Gray, plan administrator for Dehon, Inc., appellee, stipulate to the dismissal of this appeal, with each party to bear its own costs and fees.

_____
Erik LeRoy P.C.
Attorney for Appellant
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006

_____
Peter Bilowz (BBO # 651383)
Douglas Rosner
GOULSTON & STORRS, P.C.
Attorneys for Appellee
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITY OF ALASKA | BANKRUPTCY APPEAL |
| | CIVIL ACTION NO. 05-40130 JLT |
| Appellant | |
| vs. | |
| STEPHEN S. GRAY, Plan Administrator of Dehon, Inc. | |
| Appellee | |

### ORDER DISMISSING APPEAL

This appeal filed by University of Alaska Fairbanks, on the stipulation of the parties, is dismissed with each party to bear its own costs and fees.

February ___, 2006

_____
U.S. District Judge Joseph L. Tauro