IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNIVERSITY OF ALASKA | : | BANKRUPTCY APPEAL |
| | : | CIVIL ACTION NO. 05-40130 JLT |
| Appellant | : | |
| vs. | : | |
| STEPHEN S. GRAY, Plan Administrator of Dehon, Inc. | : | |
| Appellee | : | |

## ORDER DISMISSING APPEAL

This appeal filed by University of Alaska Fairbanks, on the stipulation of the parties, is dismissed with each party to bear its own costs and fees.

February 7, 2006

U.S. District Judge Joseph L. Tauro